In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00251-CV
_____


IN THE INTEREST OF R.L.H. JR. and R.G.H.

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. F-218,870-C

**MEMORANDUM OPINION**

The appellant filed a notice of appeal more than thirty days after the trial court signed the final order in a suit affecting the parent-child relationship. We notified the appellant that the notice of appeal was filed late but that he could request an extension of time for filing the appeal, and we sent a fee bill to the appellant. *See* Tex. R. App. P. 5, 26.3. The appellant neither paid the filing fee for the appeal nor requested an extension of time. On August 12, 2016, we provided an additional ten days to pay the filing fee or file a motion for extension of time and

1

an affidavit of indigence. *See* Tex. R. App. P. 20.1(c). The appellant did not file a response within the specified time. *See* Tex. R. App. P. 42.3(c).

Despite having been given written notice and an opportunity to cure, the appellant neither paid the filing fee nor established that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. We dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on August 31, 2016
Opinion Delivered September 1, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.

2